**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6733

JOE LEE FULGHAM,

Plaintiff - Appellant,

versus

WESTBROOK J. PARKER, Honorable Judge; JUDGE,
???; JUDGE, ???,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:05-cv-00401-JBF)

Submitted: July 20, 2006                Decided: July 28, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joe Lee Fulgham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joe Lee Fulgham appeals the district court's order denying his motion for reconsideration of the dismissal of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Fulgham v. Parker</u>, No. 2:05-cv-00401-JBF (E.D. Va. filed Feb. 24, 2006 & entered Feb. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>